UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRED ALSTON, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>PARK IT MANAGEMENT CORP.,<br><br>         Defendant. | 24-CV-143 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 12, 2024, Plaintiff filed a proposed Clerk's Certificate of Default. ECF No. 8. Plaintiffs shall file any motion for default judgment, in accordance with Rule 4(b) of the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-dale-e-ho), by **February 29, 2024**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at HoNYSDChambers@nysd.uscourts.gov.

If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

Plaintiffs shall serve a copy of this Order on Defendants via Federal Express **within two business days** from the date of this Order and shall file proof of such service **within three business days** of the date of this Order.

SO ORDERED.

Dated: February 14, 2024
   New York, New York

                          DALE E. HO
                          United States District Judge